IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RYAN KEITER,<br><br>    Defendant. | 4:13CR3004<br><br>**ORDER** |

The defendant's motion to suppress (Filing No. 13) remains pending.

Accordingly,

IT IS ORDERED that the trial of this case, previously scheduled for April 15, 2013, is continued pending further order of the court.

April 2, 2013.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge