IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3004 |
| | ) | |
| Plaintiff, | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| RYAN KEITER, | ) | |
| | ) | |
| Defendant. | ) | |

On April 29, 2013, Magistrate Judge Cheryl R. Zwart made findings of fact and recommended that the defendant's motion to suppress and request for an evidentiary hearing (filing 13) be denied in all respects (filing 24). The defendant has filed a statement of objections to the findings and recommendation (filing 26). He argues in a supporting brief (filing 27) that a search warrant for his residence, which was issued by Judge Zwart, was not supported by probable cause, and that he is entitled to a *Franks* hearing because of omissions in the affidavit submitted by law enforcement.

I have conducted a de novo review of the record. I find that inasmuch as Judge Zwart has fully, carefully, and correctly found the facts and applied the law, the findings and recommendation should be adopted, the statement of objections should be denied, and the motion to suppress and request for an evidentiary hearing should be denied in all respects.

Accordingly,

IT IS ORDERED:

1. the magistrate judge's findings and recommendation (filing 24) are adopted;

2.  the defendant's statement of objections (filing 26) is denied; and

3.  the defendant's motion to suppress and request for an evidentiary hearing (filing 13) is denied in all respects.

May 23, 2013.               BY THE COURT:

                            *Richard G. Kopf*
                            Senior United States District Judge