IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:13CR3004 |
| V. | ) | |
| RYAN KEITER, | ) | ORDER |
| Defendant. | ) | |

I have been provided with a risk assessment from the Senior U.S. Probation Officer.

IT IS ORDERED that the risk assessment that accompanies this order be filed under seal. The probation officer shall include the risk assessment as a part of the Revised Presentence Report and insure that the risk assessment accompanies the Revised Presentence Report that is ultimately forwarded to the Bureau of Prison.

DATED this 25th day of November, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge